# First District Court of Appeal
## State of Florida

_____

No. 1D18-2516

_____

JOSEPH W. ATKINS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

February 8, 2019

PER CURIAM.

   AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph W. Atkins, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.